**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**TERRY ADAMS**                                             **CASE NO.: 18-12476-JDW**

**DEBTOR**                                                  **CHAPTER 13**

**APPLICATION TO EMPLOY ATTORNEY BY DEBTOR FOR PROSECUTION OF NON-BANKRUPTCY CIVIL CAUSE OF ACTION**

**THE DEBTOR** moves the Court pursuant to 11 U.S.C. 327 for permission to employ D. Reid Wamble to represent the interests of the Debtor in a non-bankruptcy civil cause of action filed, if necessary, in the Courts of Marshall County, State of Mississippi, to pursue claims of the Debtor resulting from a motor vehicle collision on December 3, 2015. The Debtor believes this attorney to be a "disinterested person" as defined by 11 U.S.C. 101. A verified statement of the attorney is attached as an exhibit to this motion as required by F.R.B.P. 2014(a).

The employment of this attorney is necessary to protect the interests of the Debtor and this state. The attorney will take all steps necessary to prosecute this civil cause of action. The Debtor and the attorneys understand final approval of any compensation rests with this Court under the provisions of 11 U.S.C. 328.

A copy of this request has been forwarded to the United States Trustee as required by F.R.B.P. 2014(a).

**Respectfully submitted this the 17th day of March 2019**

BY: **/s/D. Reid Wamble**
      **D. REID WAMBLE**
      **THE LAW OFFICE OF D. REID WAMBLE, PLLC**
      **P.O. BOX 1950**
      **OLIVE BRANCH, MISSISSIPPI 38654**
      rw9516@aol.com
      **TEL:  (662) 893-2126**
      **FAX:  (662) 890-5686**
      **MSB# 9516**