IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 CASE NO.:

TERRY ADAMS                                                18-12476-JDW

**TRUSTEE'S LIMITED OBJECTION TO MOTION TO APPROVE SETTLEMENT AND APPLICATION FOR ALLOWANCE OF CONTINGENCY FEES AND EXPENSES**

COMES NOW Locke D. Barkley, the Chapter 13 Trustee (the "Trustee") by and through counsel, and files this Limited Objection to the First Supplemental Motion for Approval of Settlement and Compromise (Dkt. #55) and Application for Allowance and Payment of Contingency Fees and Expenses (Dkt. #56) (the "Motions"); and in support thereof states as follows:

The Trustee has no objection to the amount of the settlement and payment of the medical liens or the payment of the contingency fees and expenses as requested in the Motions; however, all settlement proceeds must be remitted to the Trustee for disbursement.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that upon notice and hearing that this Court grant the Motion, subject to the limitations above, and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  December 6, 2019

                           Respectfully submitted,

                           **LOCKE D. BARKLEY**
                           **CHAPTER 13 TRUSTEE**

By:    /s/ W. Jeffrey Collier
        ATTORNEYS FOR TRUSTEE
        W. Jeffrey Collier (MSB 10645)
        Melanie T. Vardaman (MSB 100392)
        6360 I-55 North, Suite 140
        Jackson, Miss.  39211
        (601) 355-6661
        ssmith@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

    D. Reid Wamble, Esq.
    Special Counsel for the Debtor

    Dated: December 6, 2019

                                     /s/ W. Jeffrey Collier
                                     W. JEFFREY COLLIER