

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 CASE NO.:

TERRY ADAMS                          18-12476-JDW

## AGREED ORDER GRANTING FIRST
## SUPPLEMENTAL MOTION FOR APPROVAL OF COMPROMISE AND
## SETTLEMENT (DKT. #55) AND APPLICATION FOR ALLOWANCE
## AND PAYMENT OF CONTINGENCY FEES AND EXPENSES (DKT. #56)

THIS MATTER came before the Court on the First Supplemental

Motion for Approval of Compromise and Settlement (Dkt. #55) (the "Motion")

and Application for Allowance and Payment of Contingency Fees and

Expenses (Dkt. #56) (the "Application") filed by the Special Counsel, D. Reid

Wamble, Esq., ("Special Counsel") and the Limited Objection to Motion to

Approve Settlement and Application for Allowance of Contingency Fees and

Expenses (the "Objection") filed by Locked D. Barkley, Chapter 13 Trustee

(the "Trustee") (Dkt. #65).  Upon agreement of the parties,

IT IS ORDERED that:

1.    The Motion shall be and is hereby granted.

2.    The Application shall be and is hereby approved.

3.    The entire settlement of $17,400.00 (the "Settlement Funds") is property of the bankruptcy estate and shall be tendered to the Trustee by Special Counsel.

4.    Upon receipt of the Settlement Funds, the Trustee shall disburse to Special Counsel $10,222.38 for attorney fees and expenses or such other amount that may be approved by this Court.

5.    Additionally, the Trustee shall disburse $2,457.00 to Special Counsel, who shall be responsible for payment of the following medical liens and expenses:  $529.20 to Flexworx, and $1,927.80 to Progressive Rehab.

6.    The Trustee shall disburse the remaining balance of the Settlement Funds, less the Trustee's statutory compensation, to nonpriority unsecured creditors with timely filed and allowed proofs of claim with the Trustee to determine the correct percentage of distribution.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ D. Reid Wamble
D. REID WAMBLE
SPECIAL COUNSEL FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645