

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13 CASE NO.:

TERRY ADAMS                                     18-12476-JDW

### ORDER GRANTING MOTION TO DISMISS (DKT. #82)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #82) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee, and the Court, being advised that the Debtor neither cured the delinquency in plan payments nor timely filed a response to the Motion, hereby orders as follows:

1. The Motion shall be and is hereby granted.
2. This case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com