# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  TERRY ADAMS                                                                                 Case No.:  18-12476-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  06/26/2018.
2) The plan was confirmed on  08/30/2018.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  08/01/2019.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  11/12/2019, 07/07/2020.
5) The case was dismissed on  08/10/2020.
6) Number of months from filing or conversion to last payment:  23.
7) Number of months case was pending:  27.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  30,868.00.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $12,741.99 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $12,741.99 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,962.14 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $811.72 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,773.86 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 395.80 | NA | NA | .00 | .00 |
| ALLIANCE HEALTHCARE SYSTEMS | Unsecured | 2,441.45 | NA | NA | .00 | .00 |
| BANK OF HOLLY SPRINGS | Secured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | 6,380.00 | NA | NA | .00 | .00 |
| CHECK EXPRESS | Unsecured | 1,185.00 | NA | NA | .00 | .00 |
| D REID WAMBLE | Secured | NA | NA | NA | .00 | .00 |
| EZ CASH | Unsecured | 395.00 | NA | NA | .00 | .00 |
| FAMILY CHECK ADVANCE | Unsecured | 345.80 | NA | NA | .00 | .00 |
| FEDLOAN SERVICING | Secured | NA | NA | NA | .00 | .00 |
| FITZGERALDS CASINO AND HOTEL TUN | Unsecured | 150.00 | NA | NA | .00 | .00 |
| GARRETT FRIDAY & GARNER PLLC | Unsecured | 490.00 | NA | NA | .00 | .00 |
| HORSESHOE CASINO | Unsecured | 345.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 525.46 | 519.09 | 519.09 | 519.09 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re: TERRY ADAMS                                                                                Case No.: 18-12476-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 6.44 | 6.44 | 6.44 | .00 |
| KWIK CASH | Unsecured | 400.00 | NA | NA | .00 | .00 |
| LIGHTNING CHECK ADVANCE | Unsecured | 150.00 | NA | NA | .00 | .00 |
| MARSHALL COUNTY CHANCERY CLERK | Secured | NA | NA | NA | .00 | .00 |
| MARSHALL COUNTY TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | 137.64 | 137.64 | 137.64 | 27.48 | .00 |
| MS DEPARTMENT OF REVENUE | Unsecured | NA | 1.36 | 1.36 | 1.36 | .00 |
| QUICK LEND CASH | Unsecured | 400.00 | 459.85 | .00 | .00 | .00 |
| ROSENTHAL, MORGAN AND THOMAS IN | Unsecured | 1,384.00 | NA | NA | .00 | .00 |
| SALLIE MAE | Secured | NA | NA | NA | .00 | .00 |
| SPEEDEE CASH BANKRUPTCY DEPT | Unsecured | 326.80 | 326.80 | 326.80 | 326.80 | .00 |
| US DEPARTMENT OF EDUCATION | Secured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 46,000.00 | 41,330.21 | 41,330.21 | .00 | .00 |
| USDA | Secured | NA | NA | NA | .00 | .00 |
| USDA - RURAL HOUSING SERVICE | Secured | 66,852.00 | 67,148.87 | 7,688.09 | 7,688.09 | .00 |
| USDA - RURAL HOUSING SERVICE | Secured | NA | NA | NA | .00 | .00 |
| USDA - RURAL HOUSING SERVICE | Secured | 3,264.20 | 4,617.87 | 3,711.75 | 1,125.19 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: TERRY ADAMS                                                         Case No.: 18-12476-JDW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| USDA - RURAL HOUSING SERVICE | Secured | 982.00 | 906.12 | 906.12 | 273.68 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 7,688.09 | 7,688.09 | .00 |
| Mortgage Arrearage: | 4,617.87 | 1,398.87 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 12,305.96 | 9,086.96 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 656.73 | 546.57 | .00 |
| **TOTAL PRIORITY:** | 656.73 | 546.57 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 41,664.81 | 334.60 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,773.86 |
| Disbursements to Creditors: | $9,968.13 |
| **TOTAL DISBURSEMENTS:** | $12,741.99 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2020                                    By: /s/Locke D. Barkley
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.